ACCEPTED
01-14-01032-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/17/2015 11:19:38 AM
CHRISTOPHER PRINE
CLERK

**01-14-001032-CR & 01-14-01033-CR**
In the
Court of Appeals
For the
First District of Texas
At Houston

———————◆———————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/17/2015 11:19:38 AM

CHRISTOPHER A. PRINE
Clerk

**No. 1387546 & 1387547**
In the 351st District Court of
Harris County, Texas

———————◆———————

**WILLIAM MONTERIAL JONES**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in these cases, and, in support thereof, presents the following:

1. In the 351st district court of Harris County, Texas, cause numbers 1387546 & 1387547, *the State of Texas v. William Monterial Jones*, appellant, was convicted of aggravated robbery with a deadly weapon and felon in possession of a weapon.

2. He was assessed punishment of confinement for 40 years in the Institutional Division of the Texas Department of Criminal Justice.

3. The State's brief is due on July 29, 2015.

4. An extension of time in which to file the State's brief is requested until August 28, 2015.

5. One previous extension has been requested by the State.

6. The facts relied upon to explain the need for this extension are:

Since my last motion for extension, I have filed a brief in cause number 01-14-00831-CR. I was in Austin from July 8 through July 9th to attend the disciplinary committee meeting regarding *In the Matter of Sondra Humphrey*, Cause No. CSR-15-06160-021. Additionally, I answer trial court questions from other prosecutors on a daily basis. Also, I was on vacation from July 23rd through July 28th. This motion is not sought for delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant an extension of time until August 28, 2015 in which to file the State's brief in this case.

Respectfully submitted,
/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 24072240

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the

appellant's attorney at the following address on July 29, 2015:

Ann Lee Moseley
2002 Timberloch Place, #200
The Woodlands, TX 77380

/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas

Date: July 29, 2015